Kenneth L. HARRIS, Plaintiff–Appellant

v.

T.C. OUTLAW, Warden, FCI–Forrest City, Defendant–Appellee.

No. 12–2675.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 26, 2012.

Filed: Jan. 2, 2013.

Kenneth L. Harris, Forrest City, AR, pro se.

Richard M. Pence, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Kenneth Harris appeals the district court's [1] order dismissing without prejudice his 28 U.S.C. § 2241 habeas application. Following careful review, we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.